KAREN P. HEWITT
United States Attorney
FAITH A. DEVINE
California State Bar No. 146744
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7173
E-mail: faith.devine@usdoj.gov

Attorneys for Plaintiff
United States of America

ORIGINAL

FILED
JUL 29 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RICHARD HABIB, Defendant. | Criminal Case No. '09CR 2729 H |
| | **INFORMATION** |
| | 18 U.S.C.§ 371 [Conspiracy to Commit Mail and Wire Fraud]; 26 U.S.C. § 7206(1) [Filing False Tax Return] |

The United States Attorney charges:

Introductory Allegations

1. In or around July 2001, Defendant RICHARD HABIB ("HABIB") formed Corporate Funding Financial of America, Inc. ("CFFA") for the purpose of engaging in the business of hard money lending. In or around 2002, RICHARD HABIB and co-conspirator Luis Madrid began using CFFA to solicit investments from members of the public for the purpose of investing in a number of real estate development projects in San Diego, California and Las Vegas, Nevada.

2. Defendant RICHARD HABIB and co-conspirator Luis Madrid offered both secured and unsecured promissory notes to investors and promised returns ranging from 14% to as much as 96% per annum.

Count 1

[18 U.S.C. § 371]

3. Beginning in at least 2002 and continuing through in or about January 2008, in the Southern District of California and elsewhere, defendant RICHARD HABIB and co-conspirator Luis Madrid conspired and agreed with each other to commit offenses against the United States, to wit: mail and wire fraud.

4. It was part of the conspiracy that defendant RICHARD HABIB and co-conspirator Luis Madrid, devised and intended to devise a material scheme to defraud and to obtain money from investors in CFFA and its affiliated entities by means of materially false and fraudulent pretenses, representations, or promises, and for the purpose of executing and attempting to execute this fraudulent scheme, knowingly placed, and caused to be placed, in an authorized depository for mail, certain matters or things to be sent and delivered by the United States Postal Service according to the directions thereon, in violation of Title 18, United States Code, Section 1341.

5. It was part of the conspiracy that defendant RICHARD HABIB and co-conspirator Luis Madrid devised and intended to devise a material scheme to defraud and to obtain money from investors in CFFA and its affiliated entities by means of materially false and fraudulent pretenses, representations, or promises, and for the purpose of executing this fraudulent scheme, knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce writings, signals and sounds, in violation of Title 18, United States Code, Section 1343.

Means by Which Objects of the Conspiracy Were to be Accomplished

6. It was part of the conspiracy that defendant RICHARD HABIB and co-conspirator Luis Madrid devised a material scheme to defraud in which it was reasonably foreseeable that mail and wire communications would be used to further the scheme, and the objects of the conspiracy were to be accomplished, in substance, as follows:

a. Defendant RICHARD HABIB and co-conspirator Luis Madrid would induce investors to send money or property to CFFA and its related entities by falsely representing that CFFA was a successful real estate development company that had the capacity and expertise to develop profitable commercial and residential projects.

b. Defendant RICHARD HABIB and co-conspirator Luis Madrid would induce investors to send money or property to CFFA and its related entities by falsely representing that CFFA had the capacity to pay returns ranging from 14% to as much as 96% per annum.

c. Defendant RICHARD HABIB and co-conspirator Luis Madrid would induce investors to send money or property to CFFA and its related entities by falsely representing that CFFA would invest the money in CFFA's real estate development projects.

d. Defendant RICHARD HABIB and co-conspirator Luis Madrid would induce investors to send money or property to CFFA by falsely representing that investors would receive Deeds of Trust on properties owned by CFFA's related entities that were second only to the purchase money trust deed and falsely representing that these investments were safe because the loan-to-value ratio was only 65%.

e. Defendant RICHARD HABIB and co-conspirator Luis Madrid would cause forged subordination agreements relating to Deeds of Trust that had been executed in favor of secured investors to be filed against properties owned by CFFA's related entities.

f. Defendant RICHARD HABIB and co-conspirator Luis Madrid would convert investor funds for their own personal use and benefit.

<u>Overt Acts in Furtherance of the Conspiracy</u>

7. In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts, among others, were committed in the Southern District of California, and elsewhere:

a. On or about November 23, 2004, defendant RICHARD HABIB and co-conspirator Luis Madrid solicited an investment from M. Moreno in the amount of $500,000 which was secured by a Deed of Trust recorded on December 22, 2004 against real property located at 1943-1949 India Street, San Diego, California.

b. On or about April 13, 2006, defendant RICHARD HABIB and co-conspirator Luis Madrid caused a forged Subordination Agreement to be recorded which subordinated the December 22, 2004 Deed of Trust that secured M. Moreno's investment.

All in violation of Title 18, United States Code, Section 371.

Count 2

[Title 26 U.S.C. Sec. 7206(1)]

False Tax Return

8. On or about March 31, 2005, within the Southern District of California, defendant RICHARD HABIB, did willfully make and subscribe to a false and fraudulent U.S. Individual Income Tax Return, Form 1040 for the year 2004, which contained and was verified by a written declaration that it was made under penalties of perjury and was filed with the Internal Revenue Service, which return the defendant did not believe to be true and correct as to every material matter in that said income tax return reported taxable income on line 42 of $92,474.00, whereas, defendant RICHARD HABIB then well knew and believed that his correct taxable income was in excess of the amount reported on the tax return, all in violation of Title 26, United States Code, Section 7206(1).

DATED: July 16, 2009.

KAREN P. HEWITT
United States Attorney

Faith A. Devine

FAITH A. DEVINE
Assistant U.S. Attorney